JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9635
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
Steven.Myhre@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00261-RFB-DJA |
| Plaintiff, | **STIPULATION TO DIRECT DISBURSEMENT OF RESTITUTION PAYMENT** |
| v. | |
| DIANA SUFIAN, | |
| Defendant. | |

The parties hereby stipulate to the issuance of an order directing the disbursement of restitution payments ordered and received in this matter to be paid to the Department of State at the address stated below. The stipulation is based on the following:

1. Defendant Diana Sufian was charged by Criminal Indictment filed on September 29, 2020, in the United States District Court for the District of Nevada, with two Counts of Major Fraud against the United States, in violation of Title 18, United States Code, Section 1031. ECF No. 1.

2. Following an interview and investigation of the defendant, the Pretrial Services Office for the District of Nevada recommended that the defendant be placed into a Pretrial Diversion Program. ECF No. 44 at 2.

3.     In or around June 2020, the parties executed a Pretrial Diversion Agreement. Therein, the defendant agreed to pay restitution in the amount of $50,000 to the Department of State. The Pretrial Diversion Agreement provided: "[The defendant] shall pay restitution for the benefit of the United States Department of State in the amount of Fifty Thousand ($50,000) dollars within ninety (90) days of the entry of this Agreement on the Court's docket. Restitution shall be made by delivering or mailing a cashier's check or money order made payable to the 'Clerk, U.S. District Court, District of Nevada' and annotated with the case number 2:20-cr-00261-RFB-DJA, to the following address: Clerk of the Court, District of Nevada, 333 Las Vegas Blvd., South, Room 1334, Las Vegas, Nevada 89101." ECF No. 44 at 4.

4.     Following the hearing on the defendant's Pre-Trial Diversion Agreement, the defendant paid the restitution required under the Pretrial Diversion Agreement. *See* ECF No. 46 and Attachment 1.

5.     The parties have been advised that the Financial Services of the Court Clerk's Office is unable to disperse the restitution received from the defendant, as no restitution list was filed which would indict to whom payment should be made by the Court Clerk, other than that stated in paragraph 3, above.

6.     For purposes of distribution of the restitution payment made by the defendant in the amount of $50,000, the parties stipulate that the appropriate party to disburse the restitution payment to is the following:

> US Department of State
> Accounts Receivable Branch
> PO Box 979005
> St. Louis, MO 63197-9000

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to disburse the restitution payment made by the defendant in the amount of $50,000 to the US Department of State at the address listed in paragraph 6, above.

Respectfully submitted this 10th day of March 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | CLARK HILL PLC |
| */s/ Steven W. Myhre* <br>STEVEN W. MYHRE<br>Assistant United States Attorney | */s/ Gia Marina* <br>DOMINIC P. GENTILE<br>PAOLA M. ARMENI<br>GIA MARINA<br>Attorneys for Defendant DIANA SUFIAN |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2023